IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ULYSSES JOHNSON,**

    Petitioner,

v.                                          CASE NO.  4:14-cv-120-MW/GRJ

**JUDGE L/N/U, SECOND JUDICIAL
CIRCUIT COURT,**

    Respondent.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

The Court has considered the Magistrate's Report and Recommendation, ECF No.3, filed April 2, 2014.   Upon consideration, no objection having been filed by the Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915A because the Complaint is frivolous and Plaintiff seeks monetary relief against a defendant who is immune from suit.  This dismissal will count as a "strike" pursuant to 28 U.S.C. § 1915(g).  If Plaintiff

1

accumulates three strikes, Plaintiff shall be barred from proceeding *in forma pauperis* in a civil case in federal court, absent a showing that Plaintiff is under imminent danger of serious physical injury, 28 U.S.C. § 1915(g)."

The Clerk shall close the file.

**SO ORDERED on April 22, 2014.**

**s/Mark E. Walker  
United States District Judge**
